ELIZA HODGE, as Administratrix of the Estate of JAMES HODGE, Deceased, Appellant, *v.* THE RUTLAND RAILROAD COMPANY, Respondent.

*Hodge* v. *Rutland R. R. Co.*, 115 App. Div. 881, affirmed.
(Argued January 21, 1909; decided February 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 22, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover

for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*R. M. Moore, B. W. Berry* and *C. A. Burke* for appellant.

*John M. Cantwell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.